In the Matter of EMPIRE STATE REALTY TRUST, INC. INVESTOR LITIGATION.

LEON MEYERS et al., Respondents, and MILDRED BLUTSTEIN et al., Intervenors-Plaintiffs-Appellants, v MALKIN HOLDINGS L.L.C. et al., Respondents.

Submitted November 3, 2014; decided December 17, 2014

Motion for reargument of motion for leave to appeal etc. denied [*see* 24 NY3d 946 (2014)].

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted November 3, 2014; decided December 17, 2014

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 936 (2014)].

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL DOLLISON, Appellant, v MICHAEL J. SPOSATO, Respondent.

Submitted November 3, 2014; decided December 17, 2014

Motion for reargument of motion for leave to appeal denied [*see* 23 NY3d 906 (2014)].